THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY SEMANCHIK,

    Plaintiff,

    v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.

: CIVIL ACTION NO. 3:21-CV-1660
: (JUDGE MARIANI)

**FILED**
**SCRANTON**

DEC 23 2021

Per_____
    **DEPUTY CLERK**

## ORDER

AND NOW, THIS 23rd DAY OF DECEMBER 2021, upon consideration of the parties Stipulation of Dismissal (Doc. 18) filed on December 22, 2021, indicating that they stipulate to Plaintiff's voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs or attorneys' fees to either party (*id.* at 1), **IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation of Dismissal is acknowledged;

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                  _____
                                                  Robert D. Mariani
                                                  United States District Judge